PROB 34
(Rev. 5/01)

Report and Order Terminating Supervised Release

# UNITED STATES DISTRICT COURT

FOR THE

_District of Guam_

UNITED STATES OF AMERICA

v.

YUN MEI GUO

CRIMINAL CASE NO. 03-00102-001

**FILED**
DISTRICT COURT OF GUAM
JUN - 1 2006
MARY L.M. MORAN
CLERK OF COURT

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **May 23, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _/s/ Judy Anne L. Ocampo_
JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

_/s/_
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Marivic P. David, AUSA
Richard Arens, AFPD
File

**RECEIVED**
JUN - 1 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this ___1st___ day of ~~May~~ June 2006.

_/s/_
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate ~~Judge~~

ORIGINAL